**EXHIBIT 6**

MICHAEL K. SPODAK, M.D., P.A.

26 WEST PENNSYLVANIA AVENUE

TOWSON, MARYLAND 21204

TELEPHONE (410) 337-0343

FAX (410) 321-0337

September 17, 2001

RE: William Bond
DOB: ▮/▮/64
SS #▮▮▮ ▮▮ 4496

PHYSICIAN'S CERTIFICATE

Please be advised that the above named individual was seen for a psychiatric evaluation in my office on September 17, 2001.

As a result of that evaluation, it is my opinion, to a reasonable degree of medical probability, that Mr. Bond is capable of possessing a regulated firearm, without undue danger to himself or to others and was equally so capable dating back to at least April, 2001.

Michael K. Spodak, M.D.

MKS:pr

## AFFIDAVIT OF AUTHENTICATION

My name is Michael K. Spodak. I am a board certified psychiatrist licensed to practice under the laws of Maryland. My offices are located at 26 W. Pennsylvania Avenue, Towson, Maryland.

The attached certification regarding my patient, William C. Bond, is a business record prepared by me. It contains my opinion. It was prepared by me; kept in the ordinary course of my practice; and it is the regular business of my practice to keep such records. I am the custodian of this record and state that it was prepared by me at or near the time of the occurrence of the matters set forth in it and based on information provided by a person or persons with knowledge of these matters.

_Michael K. Spodak MD_
MICHAEL K. SPODAK, M.D.